# EXHIBIT 2

# ROCKFORD FURNITURE

# ORIGINAL INVENTORY CONTROL

## ROCKFORD FURNITURE VENDOR LIST

| CODE | VENDOR | MERCHANDISE |
|------|--------|-------------|
| A-1 | A-AMERICA | DINETTE |
| A-3 | ART MATES | PICTURES |
| A-7 | ANTHONY CALIFORNIA | TABLES |
| A-9 | ASHLEY | CASE GOODS UPLH |
| A-15 | AMERICAN LEATHER | LEATHER |
| A-17 | ADVANTAGE | L/R |
| A-25 | ALBANY | L/R |
| A-50 | ARTMASTER | PICTURES |
| B-1 | BERKLINE | L/R ROCKERS RECLINERS CHAIRS |
| B-2 | BASSETT MIRROR | TABLES B/R |
| B-10 | BROYHILL | L/R |
| B-15 | BEST CHAIRS | WING CHAIR GLIDERS OTTOMANS |
| B-25 | BARCALOUNGER | |
| B-37 | BENCHCRAFT | TABLES L/R DROPS |
| B-38 | BEECHBROOK | DINETTE |
| C-1 | COLORMAIL | BEVERAGE SET |
| C-3 | COASTER | DINETTE PICTURES H/B BUNKBEDS |
| C-5 | CORSICANA | BEDDING |
| C-11 | COLLEZIONE EUROPA | TABLES L/R B/R |
| C-13 | CLASSIC BRASS | LAMPS |
| C-53 | CRAMCO | DINETTE |
| C-56 | CONGOLEUM | |
| D-2 | DOUGLAS | DINETTE L/R |
| D-5 | DANIEL LAMP | LAMPS |
| D-12 | DMI | DESKS |
| E-12 | EL RAN | L/R SECTIONALS |
| E-4 | EKORNES | CHAIR OTTOMANS |
| E-10 | ELITE | L/R |
| F-1 | FORAL ART | TREES |
| F-2 | FURNITURE GRAPHICS | PICTURES ACCESSORIES |
| G-14 | GLIDEAWAY | FRAMES |
| H-4 | HART | B/R |
| H-13 | HARRIS LAMP | LAMPS |
| H-15 | HUGHES | L/R |
| H-20 | HOLLAND HOUSE | WOOD GLIDERS |
| J-20 | JDI | TABLES |
| K-45 | KLAUSSNER | LEATHER |

ROCKFORD FURNITURE VENDOR LIST

| CODE | VENDOR | MERCHANDISE |
|------|--------|-------------|
| L-2 | LANE | L/R |
| L-4 | LITE SOURCE | LAMPS |
| L-26 | LEGGETT & PLATT | H/B |
| M-12 | MEDALLION | LAMPS |
| M-14 | MARCH | L/R |
| M-17 | MASTER DESIGN | TABLE DINETTES B/R |
| N-1 | NEXT DEMENSION | PICTURES |
| N-4 | NOVA LIGHTING | LAMPS |
| N-6 | NEXT GENERATIONS | L/R |
| P-7 | PILLOID | DROPS - FACTORY CLOSED |
| S-7 | SOUTHERN MOTION | L/R |
| S-8 | STANDARD | TABLES DINING B/R |
| S-15 | SERTA | BEDDING |
| S-20 | STAINSAFE | FABRIC/LEATHER PROTECTION |
| S-45 | SYLECRAFT | CARVED CHAIRS |
| T-9 | THERAPEDIC | BEDDING |
| U-1 | UNIVERSAL STATUARY | ACCESSORIES |
| V-4 | VANGUARD | PICTURES ACCESSORIES |
| V-5 | VISIONS | WALL UNITS |
| W-10 | WILD ROSE | B/R - OUT OF BUSINESS |

INVENTORY - STORE: _____    TAKEN BY: _____

| LOC | LOT | DEALER SKU# | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION | COST |
|-----|-----|-------------|--------|--------|-------------|--------------|-----------|------|
| 101 | 11001 | | Benchcraft | 8038-2FH | Recl leather | Taupe | | 418 |
| 101 | 11002 | | Somot 5-7 | 719-01 | Recl leather | Sold | | 347 |
| 101 | 11003 | | Ashley | W6603 | Recl leather | Sonoma Brown | | 282 |
| 101 | 11004 | | AMJY | R05 | Recl leather | Cobblestone | | 287 |
| 101 | 11005 | | AMJY | R05 | Recl leather | Taupe? | | 287 |
| 101 | 11006 | | Berkline | 590-29 | Recl Burg Fabric | 6579-78 | | 300 |
| 101 | 11007 | | Berkline | 209-46 | Recl Beige Fabric | 3124-88 | | 237 |
| 101 | 11008 | | Benchcraft | 803-85F | Recl Brown Fabric | 2291-89 | | 288 |
| 101 | 11009 | | Benchcraft | 803-82FH | Recl Brown Fabric | 2291-89 | | 288 |
| 101 | 11010 | | Berkline | 746-27 | Recl Royal Blue Fabric | 3121-98 | | 226 |
| 101 | 11011 | | Berkline | 762-27 | Recl Camel Fabric | 9294-81 | | 303 |
| 101 | 11012 | | Berkline | 385-29 | Recl Blue Fabric | 3121-98 | | 319 |
| 101 | 11013 | | Berkline | 389-29 | Recl Beige Fabric | 3133-82 | | 360 |
| 101 | 11014 | | C-3 | 88251 | Picture | | | 63 |
| 101 | 11015 | | A-3 | 120-3025 | Picture | 120-3025 | | 100 |
| 101 | 11016 | | V-4 | 138924 | Picture | V-4 | | 120 |
| 101 | 11017 | | A-3 | 2911 | Picture | A-3 | | 100 |
| 101 | 11018 | | V-4 | 1083HD | Picture | B-4 | | 115 |
| 101 | 11019 | | A-3 | 130-2909 | Picture | A-3 | | 108 |
| 102 | 11020 | | Berkline | 154-27 | Recl Fabric | 3133-48 | | 253 |

PAGE TOTAL _____

INVENTORY - STORE: _____                                                      TAKEN BY: _____

| LOC | LOT | DEALER SKU# | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION | COST |
|-----|-----|-------------|--------|--------|-------------|--------------|-----------|------|
| 102 | 11021 | | A9 | 7870-325 | Recl Rec Fabric | Dodger Brown | | 202 |
| 102 | 11022 | | A9 | 7860-325 | Recl Fabric | Mocha | | 180 |
| 102 | 11023 | | A-25 | 945-10 | Love Seat | Seinna Garnet | | 180 |
| 102 | 11024 | | A25 | 945-20 | Chair | Seinna Garnet | | 157 |
| 102 | 11025 | | A-9 | 5282-038 | Sofa | Durapella Steel | | 316 |
| 102 | 11026 | | B15 | #1729-1 | Swivel Rocker | Evergreen | | 118 |
| 102 | 11027 | | B15 | 1559 | Swivel Rocker | Yaki | | 127 |
| 102 | 11028 | | B15 | 1936 | Swivel Rocker | Cashmere | | 148 |
| 102 | 11029 | | B15 | 1936 | Glider Rocker | Copen | | 138 |
| 102 | 11030 | | B15 | 6469D01 | Swivel Rocker | Blue | | 150 |
| 102 | 11031 | | B-2F BarcaLoung | 7N603 | Leather Recliner | Black ink spots Bad | | 860 |
| 102 | 11032 | | H-5 Motionease | 200 | Fabric Recliner | Blue | | 120 |
| 102 | 11033 | | B15 | C8807-MO | Glider Rocker | Mauve | | 220 |
| 102 | 11034 | | B15 | C8807-MO | Glider Rocker | Blue | | 182 |
| 102 | 11035 | | B15 | C8807-MO | Glider Rocker | Ron Hunter 791 | | 182 |
| 102 | 11036 | | B15 | C8807-MO | Glider Rocker | Hunter 791 | | 182 |
| 102 | 11037 | | B15 | C8107-MO | Glider Rocker | 24531 Coconut | | 185 |
| 102 | 11038 | | B15 | C8107-MO | Glider Rocker | 24531 Sage | | 184 |
| 102 | 11039 | | B15 | C8107-MO | Glider Rocker | 24531 River | | 176 |
| 102 | 11040 | | B15 | C8107-MO | Glider Rocker | Lapis | | 124 |

PAGE TOTAL _____

INVENTORY - STORE: _____                                                                TAKEN BY: _____

| LOC | LOT | DEALER SKU# | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION | COST |
|---|---|---|---|---|---|---|---|---|
| 102 | 11041 | | C/N/A | End Table | Wood/pole/Glass | | | |
| 102 | 11042 | | STANDARD | Rect Cocktail | Pewter & Glass | | | |
| 102 | 11043 | | C/N/A | 1458 | Rect Cocktail Table | | Scratched | 26 |
| 102 | 11044 | | C/N/A | 1458 | Sq End Table | | Scratched | 26 |
| 102 | 11045 | | C/N/A | 1458 | Sq End Table | | Scratched | 26 |
| 102 | 11046 | | B-57 A | | Rect End with Drawer | Choc/Cherry | | |
| 102 | 11047 | | B-57 | C0090MD | Glider Ottoman | Black | | 99 |
| 102 | 11048 | | C11 | 1024 ? | Oval Cocktail | | | |
| 102 | 11049 | | M17 | 980-103 | Rect Cocktail | | | 112 |
| 102 | 11050 | | A7 | OCT22/23 | Oval Cocktail | | | 112 |
| 102 | 11051 | | B10 | 3025-01 | Rect Cocktail | | | 118 |
| 102 | 11052 | | S8 | 23010 | Rect Cocktail | | | 56 |
| 102 | 11053 | | S8 | 2D544 | Oval Cocktail | | | 56 |
| 102 | 11054 | | B10 | 3025-01 | Rect Cocktail | | | 118 |
| 102 | 11055 | | A26 | ATO177FN | Tree | | | |
| 102 | 11056 | | N1 | 1124 | Picture | | | 50 |
| 102 | 11057 | | N1 | 1432 | Picture | | | 153 |
| 102 | 11058 | | ASO | 60146 | Picture | | | 86 |
| 102 | 11059 | | B7 | 6320 | ? | | | |
| 102 | 11060 | | M14 | 7700 | Chair | Sensations Pewter | | 209 |

PAGE TOTAL _____

**INVENTORY - STORE:** _____ **TAKEN BY:** _____

| LOC | LOT | DEALER SKU# | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION | COST |
|---|---|---|---|---|---|---|---|---|
| 102 | 11061 | | ODD | | Picture | | | 159 |
| 102 | 11062 | | V4 | VC1221 | Picture | | | |
| 102 | 11063 | | B4 | 698812 | Picture | | | 100 |
| 102 | 11064 | | A3 | 3100 | Picture | | | 100 |
| 102 | 11065 | | C3 | 8250 | Picture | | | 111 |
| 103 | 11066 | | B15 | H8000 DC | Wing Chair 2149 | Brown | | 111 |
| 103 | 11067 | | B15 | H8000 DC | Wing Chair 2149 | Blue | | 111 |
| 103 | 11068 | | B15 | H8000 DC | Wing Chair 2149 | Brown | | 111 |
| 103 | 11069 | | B15 | H8000 DC | Wing Chair 2418A | Mauve | | |
| 103 | 11070 | | ODD | | Picture | | | |
| 103 | 11071 | | ODD | | Mirror | | | 90 |
| 104 | 11072 | | V4 | 159137 | Picture | | | 100 |
| 104 | 11073 | | A3 | 2232 | Picture | | | 55 |
| 104 | 11074 | | M12 | 150 | Chrome Lamp | | | 55 |
| 104 | 11075 | | M12 | 150 | Chrome Lamp | | | 35 |
| 104 | 11076 | | A9 | T161-13 | Chrome/Glass End Table | | | 35 |
| 104 | 11077 | | A9 | T161-13 | Chrome/Glass End Table | | | 35 |
| 104 | 11078 | | A9 | T161-13 | Chrome/Glass Rec Cock | | | 262 |
| 104 | 11079 | | M14 | 9950-30 | Sofa | Natural (cust complain) | | 83 |
| 104 | 11080 | | M14 | 9950-00 | Ottoman | Natural (cust complain) | | |

**PAGE TOTAL** _____

Page 4 of 250

## ROCKFORD FURNITURE ORIGINAL INVENTORY

| LOC | LOT | SALE # | B | 9 | Qty | B | 9 | 70 | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 102 | 11027 | | | | 267 | | 9 | 70 | B15 | 1559 | SWIVEL ROCKER | KAKHI | |
| 102 | 11028 | | | | 311 | | 9 | 70 | B15 | 1936 | SWIVEL ROCKER | CASHMERE | |
| 102 | 11029 | | | | 290 | | 9 | 70 | B15 | 1936 | GLIDER ROCKER | COPEN | |
| 102 | 11030 | | | | 315 | | 9 | 70 | B15 | 6469D01 | SWIVEL ROCKER | BLUE | |
| 102 | 11031 | | | | 1806 | | 9 | 70 | B25 | 74603 | RECLINER | 5234-27 LEATHER | INK SPOTS |
| 102 | 11032 | | S | | SOLD | | 9 | 70 | H15 | 200 | RECLINER | BLUE | SOLD 67546 |
| 102 | 11033 | | | | 462 | | 9 | 70 | B15 | 6807-MO | GLIDER ROCKER | MAUVE | |
| 102 | 11034 | | | | 382 | | 9 | 70 | B15 | C6807-MO | GLIDER ROCKER | BLUE | |
| 102 | 11035 | | | | 382 | | 9 | 70 | B15 | C6807-MO | GLIDER ROCKER | 19011 HUNTER | |
| 102 | 11036 | | | | 382 | | 9 | 70 | B15 | C6807-MO | GLIDER ROCKER | 19121 HUNTER | |
| 102 | 11037 | | | | 389 | | 9 | 70 | B15 | C6807-MO | GLIDER ROCKER | 24537 COCONUT | |
| 102 | 11038 | | | | 386 | | 9 | 70 | B15 | C6807-MO | GLIDER ROCKER | 24531B SAGE | |
| 102 | 11039 | | | | 370 | | 9 | 70 | B15 | C6807-MO | GLIDER ROCKER | 24532 RIVER | |
| 102 | 11040 | | | | 260 | | 9 | 70 | B15 | C6807-MO | GLIDER ROCKER | 18012 LAPIS | |
| 102 | 11041 | | | B | 53 | | 9 | 70 | J20 | 809 | END TABLE | WOOD/GLASS | ODD |
| 102 | 11042 | | | | 97 | | 9 | 70 | S08 | 24290 | COCKTAIL TABLE | RECT PEWTER & GLASS | |
| 102 | 11043 | | | B | 55 | | 9 | 70 | C11 | T1458 | COCKTAIL TABLE | RECT | SCRATCHED |
| 102 | 11044 | | | | 55 | | 9 | 70 | C11 | T1458 | END TABLE | SQUARE | SCRATCHED |
| 102 | 11045 | | | B | 55 | | 9 | 70 | C11 | T1458 | END TABLE | SQUARE | SCRATCHED |
| 102 | 11046 | | | | 179 | | 9 | 70 | A09 | T381-3 | END TABLE | BLACK W/ DRAWER | |
| 102 | 11047 | | | B | 208 | | 9 | 70 | B15 | C0090MO | OTTOMAN - GLIDER | 21232 DEEP SEA | |
| 102 | 11048 | | | | 107 | | 9 | 70 | A17 | 1024 | COCKTAIL TABLE | OVAL | ODD |
| 102 | 11049 | | | | 235 | | 9 | 70 | M17 | 980-103 | COCKTAIL TABLE | RECT | |
| 102 | 11050 | | | | 235 | | 9 | 70 | A07 | OCT122-123 | COCKTAIL TABLE | OVAL | |
| 102 | 11051 | | | | 248 | | 9 | 70 | B10 | 3025-01 | COCKTAIL TABLE | RECT | |

August 13, 2005

## ROCKFORD FURNITURE ORIGINAL INVENTORY

| LOC LOT | SOLD SALE # | | VENDOR | | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION |
|---|---|---|---|---|---|---|---|---|
| 102 | 11052 | | S08 | 70 118 9 | 23070 | COCKTAIL TABLE | RECT | |
| 102 | 11053 | | S08 | 70 118 9 | 20544 | COCKTAIL TABLE | OVAL | |
| 102 | 11054 | | B10 | 70 248 9 | 3025-01 | COCKTAIL TABLE | RECT | |
| 102 | 11055 | | A26 | 70 88 9 | AT0177FN | TREE | | |
| 102 | 11056 | | N01 | 70 105 9 | 1124 | PICTURE | | |
| 102 | 11057 | | N01 | 70 321 9 | 1432 | PICTURE | | |
| 102 | 11058 | | A50 | 70 181 9 | 60146 | PICTURE | | |
| 102 | 11059 | | R07 | 70 229 9 | 6320 | PICTURE | | |
| 102 | 11060 | B | M14 | 70 439 9 B | 7700 | CHAIR | SENSATIONS PEWTER | ODD |
| 102 | 11061 | | C07 | 70 21 9 | ODD | PICTURE | | |
| 102 | 11062 | | V04 | 70 334 9 | VC1221 | PICTURE | | |
| 102 | 11063 | | ALEX | 70 42 9 | 698812 | PICTURE | | |
| 102 | 11064 | | A03 | 70 210 9 | 3100 | PICTURE | | |
| 102 | 11065 | | C03 | 70 210 9 | 8250 | PICTURE | | |
| 103 | 11066 | | B15 | 70 233 9 | H8000DC | WING CHAIR | 21419 BROWN | |
| 103 | 11067 | | B15 | 70 233 9 | H8000DC | WING CHAIR | 21412 BLUE | |
| 103 | 11068 | | B15 | 70 233 9 | H8000DC | WING CHAIR | 21419 TAN | |
| 103 | 11069 | | B15 | 70 233 9 | H8000DC | WING CHAIR | 21418A MAUVE | |
| 103 | 11070 | | A20 | 70 294 9 | 2062 | PICTURE | | |
| 103 | 11071 | B | C01 | 70 21 9 B | MIRROR | MIRROR | | ACC |
| 104 | 11072 | | V04 | 70 189 9 | 159137 | PICTURE | ETCHED | |
| 104 | 11073 | | A03 | 70 210 9 | 2232 | PICTURE | | |
| 104 | 11074 | | M12 | 70 116 9 | 150 | LAMP | CHROME | |
| 104 | 11075 | | M12 | 70 116 9 | 150 | LAMP | CHROME | |
| 104 | 11076 | | A09 | 70 74 9 | T161-13 | END TABLE | CHROME W/ GLASS | |

August 13, 2005

Page 3 of 92

## ROCKFORD FURNITURE ORIGINAL INVENTORY

| LOC | LOT | SALE # | | B | 9 | | 70 | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION |
|-----|-----|--------|--|---|---|--|----|--------|--------|-------------|--------------|-----------|
| 104 | 11077 | | 74 | | 9 | | 70 | A09 | T161-13 | END TABLE | CHROME W/ GLASS | |
| 104 | 11078 | | 74 | | 9 | | 70 | A09 | T161-13 | COCKTAIL TABLE | CHROME W/ GLASS | |
| 104 | 11079 | | 550 | | 9 | | 70 | M14 | 9950-30 | SOFA | CAN'T COMPLAIN NATRAL | |
| 104 | 11080 | | 174 | | 9 | | 70 | M14 | 9950-00 | OTTOMAN | CAN'T COMPLAIN NATRAL | |
| 104 | 11081 | | 500 | | 9 | | 70 | M14 | 9950-10 | LOVESEAT | CAN'T COMPLAIN NATRAL | |
| 104 | 11082 | | 613 | | 9 | | 70 | A25 | 622-00 | SOFA | CYPRESS | |
| 104 | 11083 | | 353 | | 9 | | 70 | A25 | 622-20 | CHAIR | CYPRESS | |
| 104 | 11084 | | 567 | | 9 | | 70 | A25 | 622-10 | LOVESEAT | CYPRESS | |
| 104 | 11085 | | 197 | | 9 | | 70 | B37 | 418-90 | COCKTAIL TABLE | RECT | SCRATCHED |
| 104 | 11086 | | 197 | | 9 | | 70 | B37 | 418-91 | END TABLE | | SCRATCHED |
| 104 | 11087 | | 197 | | 9 | | 70 | B37 | 418-91 | END TABLE | | SCRATCHED |
| 104 | 11088 | | 103 | | 9 | | 70 | M12 | 492 | LAMP | | |
| 104 | 11089 | | 103 | | 9 | | 70 | M12 | 492 | LAMP | | |
| 104 | 11090 | | 235 | | 9 | | 70 | V04 | 1321827 | PICTURE | | |
| 104 | 11091 | | 210 | | 9 | | 70 | A03 | 2920 | PICTURE | | |
| 104 | 11092 | | 210 | | 9 | | 70 | A03 | 3006 | PICTURE | | |
| 105 | 11093 | | 485 | | 9 | | 70 | H15 | 2600 | SOFA | ANTON BURG | |
| 105 | 11094 | | 286 | | 9 | | 70 | H15 | 2600 | CHAIR | ANTON BURG | |
| 105 | 11095 | | 439 | | 9 | | 70 | H15 | 2600 | LOVESEAT | ANTON BURG | |
| 105 | 11096 | | 86 | | 9 | | 70 | S08 | 19480 | COCKTAIL TABLE | CHERRY WOOD | |
| 105 | 11097 | | 84 | | 9 | | 70 | S08 | 19480 | END TABLE | CHERRY WOOD | |
| 105 | 11098 | | 84 | | 9 | | 70 | S08 | 19480 | END TABLE | CHERRY WOOD | |
| 105 | 11099 | | 103 | | 9 | | 70 | H13 | 2834 | LAMP | | |
| 105 | 11100 | | 103 | | 9 | | 70 | H13 | 2834 | LAMP | | |
| 105 | 11101 | | 208 | | 9 | | 70 | V04 | 1028 | PICTURE | | |

## ROCKFORD FURNITURE ORIGINAL INVENTORY

| LOC | LOT B | 9 | | 70 | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION |
|-----|-------|---|---|----|--------|--------|-------------|--------------|-----------|
| 135 | 12484 | 9 | 806 | 70 | A01 | BR10B630B | TABLE | MAPLE / BLACK | |
| 135 | 12492 | 9 | W/TABLE | 70 | A01 | BRC112070 | SIDE CHAIR | | |
| 135 | 12493 | 9 | W/TABLE | 70 | A01 | BRC112070 | SIDE CHAIR | | |
| 135 | 12494 | 9 | W/TABLE | 70 | A01 | BRC112070 | SIDE CHAIR | | |
| 135 | 12495 | 9 | W/TABLE | 70 | A01 | BRC112070 | SIDE CHAIR | | |
| 135 | 12491 | 9 | 594 | 70 | A01 | BRIC16310 | TABLE | TILE TOP | |
| 135 | 12487 | 9 | W/TABLE | 70 | A01 | BRNB2610 | SIDE CHAIR | MAPLE / BLACK | |
| 135 | 12488 | 9 | W/TABLE | 70 | A01 | BRNB2610 | SIDE CHAIR | MAPLE / BLACK | |
| 135 | 12489 | 9 | W/TABLE | 70 | A01 | BRNB2610 | SIDE CHAIR | MAPLE / BLACK | |
| 135 | 12490 | 9 | W/TABLE | 70 | A01 | BRNB2610 | SIDE CHAIR | MAPLE / BLACK | |
| 135 | 12485 | 9 | W/TABLE | 70 | A01 | BRNB2620 | ARM CHAIR | MAPLE / BLACK | |
| 135 | 12486 | 9 | W/TABLE | 70 | A01 | BRNB2620 | ARM CHAIR | MAPLE / BLACK | |
| 115 | 12538 | 9 | 210 | 70 | A03 | 2094 | PICTURE | | |
| 104 | 11073 | 9 | 210 | 70 | A03 | 2232 | PICTURE | | |
| 153 | 11988 | 9 | 210 | 70 | A03 | 2378 | PICTURE | | |
| 130 | 11600 | 9 | 210 | 70 | A03 | 2385 | PICTURE | | |
| 133 | 12387 | 9 | 210 | 70 | A03 | 2385 | PICTURE | | |
| 131 | 11419 | 9 | 210 | 70 | A03 | 2588 | PICTURE | LIGHT HOUSE | |
| 106 | 11155 | 9 | 210 | 70 | A03 | 2646 | PICTURE | | |
| 109 | 11229 | 9 | 210 | 70 | A03 | 2646 | PICTURE | | |
| 106 | 11178 | 9 | 210 | 70 | A03 | 2700 | PICTURE | | |
| 118 | 11697 | 9 | 210 | 70 | A03 | 2700 | PICTURE | | |
| 109 | 11228 | 9 | 210 | 70 | A03 | 2752 | PICTURE | | |
| 107 | 11197 | 9 | 210 | 70 | A03 | 2768 | PICTURE | | |
| 126 | 11628 | 9 | 210 | 70 | A03 | 2811 | PICTURE | | |

Page 1 of 92

August 13, 2005

## ROCKFORD FURNITURE ORIGINAL INVENTORY

| LOC | LOT | B | 9 | | 70 | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION |
|-----|-----|---|---|-----|----|--------|--------|-------------|-------------|-----------|
| 160 | 12258 | | 9 | 210 | 70 | A03 | 2828 | PICTURE | | |
| 101 | 11017 | | 9 | 210 | 70 | A03 | 2911 | PICTURE | | |
| 104 | 11091 | | 9 | 210 | 70 | A03 | 2920 | PICTURE | | |
| 134 | 12402 | | 9 | 210 | 70 | A03 | 2920 | PICTURE | | |
| 105 | 11104 | | 9 | 210 | 70 | A03 | 3000 | PICTURE | | |
| 106 | 11137 | | 9 | 210 | 70 | A03 | 3000 | PICTURE | | |
| 104 | 11092 | | 9 | 210 | 70 | A03 | 3006 | PICTURE | | |
| 117 | 11713 | | 9 | 210 | 70 | A03 | 3006 | PICTURE | | |
| 126 | 11640 | | 9 | 210 | 70 | A03 | 3015 | PICTURE | JAZZ | |
| 102 | 11064 | | 9 | 210 | 70 | A03 | 3100 | PICTURE | | |
| 155 | 12016 | | 9 | 210 | 70 | A03 | 3218 | PICTURE | | |
| 126 | 11641 | | 9 | 210 | 70 | A03 | 3219 | PICTURE | | |
| 136 | 11310 | | 9 | 210 | 70 | A03 | 3242 | PICTURE | | |
| 137 | 11317 | | 9 | 210 | 70 | A03 | 8252 | PICTURE | | |
| 128 | 11569 | | 9 | 210 | 70 | A03 | 102647 | PICTURE | | |
| 132 | 12386 | | 9 | 210 | 70 | A03 | 120-2278 | PICTURE | | |
| 131 | 11418 | | 9 | 210 | 70 | A03 | 120-2280 | PICTURE | | |
| 117 | 11710 | | 9 | 210 | 70 | A03 | 120-2384 | PAINTING | HOTEL CHANTALE | |
| 129 | 11460 | | 9 | 210 | 70 | A03 | 120-2386 | PICTURE | | |
| 133 | 12390 | | 9 | 210 | 70 | A03 | 120-2535 | PICTURE | | |
| 129 | 11462 | S | 9 | SOLD | 70 | A03 | 120-2638 | PICTURE | ENTERANCE | SOLD 61537 |
| 132 | 12383 | | 9 | 210 | 70 | A03 | 120-2639 | PICTURE | | |
| 155 | 12032 | | 9 | 210 | 70 | A03 | 120-2658 | PICTURE | | |
| 117 | 11712 | | 9 | 210 | 70 | A03 | 120-2718 | PICTURE | WINDOW VIEW | |
| 132 | 12385 | | 9 | 210 | 70 | A03 | 120-2766 | PICTURE | | |

August 13, 2005

Page 2 of 92

# ROCKFORD FURNITURE ORIGINAL INVENTORY

| LOC | LOT B | 9 | 210 | 70 | VENDOR 70 | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION |
|---|---|---|---|---|---|---|---|---|---|
| 117 | 11739 | 9 | 210 | 70 | A03 | 120-2784 | PICTURE | | |
| 105 | 11103 | 9 | 210 | 70 | A03 | 120-2808 | PICTURE | | |
| 160 | 12257 | 9 | 210 | 70 | A03 | 120-2809 | PICTURE | | |
| 134 | 12400 | 9 | 210 | 70 | A03 | 120-2827 | PICTURE | | |
| 109 | 11232 | 9 | 210 | 70 | A03 | 120-2920 | PICTURE | | |
| 117 | 11723 | 9 | 210 | 70 | A03 | 120-2920 | PICTURE | | |
| WIND | 12711 | 9 | 210 | 70 | A03 | 120-2931 | PICTURE | | |
| 128 | 11565 | 9 | 210 | 70 | A03 | 120-2941 | PICTURE | | |
| 119 | 12094 | 9 | 210 | 70 | A03 | 120-3001 | PICTURE | | |
| 130 | 11420 | 9 | 210 | 70 | A03 | 120-3004 | PICTURE | | |
| 146 | 11869 | 9 | 210 | 70 | A03 | 120-3005 | PICTURE | | |
| 108 | 11221 | 9 | 210 | 70 | A03 | 120-3006 | PICTURE | | |
| 132 | 12384 | 9 | 210 | 70 | A03 | 120-3019 | PICTURE | | |
| 134 | 12401 | 9 | 210 | 70 | A03 | 120-3022 | PICTURE | | |
| 101 | 11015 | 9 | 210 | 70 | A03 | 120-3025 | PICTURE | | |
| 108 | 11218 | 9 | 210 | 70 | A03 | 120-3031 | PICTURE | | |
| 106 | 11180 | 9 | 210 | 70 | A03 | 120-3101 | PICTURE | | |
| 129 | 11461 | 9 | 210 | 70 | A03 | 120-3103 | PICTURE | METAPHOR II | |
| 119 | 12096 | 9 | 210 | 70 | A03 | 120-3128 | PICTURE | | |
| 119 | 12087 | 9 | 210 | 70 | A03 | 120-3214 | PICTURE | ABSTRACT I | |
| 117 | 11725 | 9 | 210 | 70 | A03 | 120-3216 | PICTURE | GAIA ABSTRACT | |
| 109 | 11230 | 9 | 210 | 70 | A03 | 120-3219 | PICTURE | | |
| 133 | 12388 | 9 | 210 | 70 | A03 | 120-3223 | PICTURE | | |
| 133 | 12389 | 9 | 210 | 70 | A03 | 120-3223 | PICTURE | | |
| 117 | 11719 | 9 | 210 | 70 | A03 | 130-2908 | PICTURE | ROC' 386 | |

August 13, 2005

# ROCKFORD FURNITURE ORIGINAL INVENTORY

| LOC | LOT | B | 9 | | 70 | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 | 11019 | | 9 | 227 | 70 | A03 | 130-2909 | PICTURE | | |
| 117 | 11724 | | 9 | 210 | 70 | A03 | 130-2940 | PICTURE | | |
| 118 | 11698 | | 9 | 210 | 70 | A03 | 130-2941 | PICTURE | | |
| 130 | 11436 | | 9 | 210 | 70 | A03 | 130-3100 | PICTURE | | |
| 137 | 11320 | | 9 | 210 | 70 | A03 | 360-3242 | PICTURE | | |
| 146 | 11872 | | 9 | 210 | 70 | A03 | 360-3243 | PICTURE | | |
| 144 | 11836 | | 9 | 210 | 70 | A03 | 701-209 | PICTURE | | |
| 144 | 11837 | | 9 | 210 | 70 | A03 | 701-209 | PICTURE | | |
| 144 | 11838 | | 9 | 210 | 70 | A03 | 701-209 | PICTURE | | |
| 144 | 11839 | | 9 | 210 | 70 | A03 | 701-209 | PICTURE | | |
| WIND | 12710 | | 9 | 210 | 70 | A03 | MISC | PICTURE | | |
| WIND | 12722 | | 9 | 210 | 70 | A03 | MISC | PICTURE | | |
| WHSE 3 | 12988 | B | 9 | 78 | 70 | A07 | 5134 | PLANT STAND | | ACC |
| WHSE 3 | 12989 | B | 9 | 78 | 70 | A07 | 5134 | PLANT STAND | | ACC |
| 120 | 11784 | | 9 | 212 | 70 | A07 | OCT25 | COCKTAIL TABLE | | |
| WHSE 3 | 12982 | | 9 | 212 | 70 | A07 | OCT25 | COCKTAIL TABLE | | |
| 129 | 11448 | | 9 | 225 | 70 | A07 | MC60 | COCKTAIL TABLE | SQUARE W/ GLASS | |
| 129 | 11449 | | 9 | 225 | 70 | A07 | ME60 | END TABLE | | |
| 129 | 11450 | | 9 | 225 | 70 | A07 | ME60 | END TABLE | | |
| WHSE 3 | 12990 | | 9 | W/BASE | 70 | A07 | ME60/GL | GLASS TOP | | |
| WHSE 3 | 12991 | | 9 | 225 | 70 | A07 | ME60/PK | END TABLE BASE | | |
| 118 | 11701 | | 9 | 172 | 70 | A07 | OCT18KD | COCKTAIL TABLE | WOOD W/ GLASS | |
| 120 | 11775 | | 9 | 172 | 70 | A07 | OCT18KD | COCKTAIL TABLE | WOOD W/ GLASS | |
| WHSE 3 | 12985 | | 9 | 172 | 70 | A07 | OCT18KD | COCKTAIL TABLE | WOOD W/ GLASS | |
| WHSE 3 | 12986 | | 9 | 172 | 70 | A07 | OCT18KD | COCKTAIL TABLE | WOOD W/ GLASS | |

August 13, 2005

# ROCKFORD FURNITURE ORIGINAL INVENTORY

| LOC | LOT | B | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION | 285,144.00 A MERCH | 42,525.00 B MERCH |
|---|---|---|---|---|---|---|---|---|---|
| WHSE 3 | 12775 | | C11 | B6900-100 | DRESSER | | | 305.00 | |
| 139 | 11360 | | C11 | B6900-200M | MIRROR | CHERRY | | W/DRESSER | |
| WHSE 3 | 12788 | | C11 | B6900-200M | MIRROR | | | W/DRESSER | |
| WHSE 1 | 13263 | | C11 | B6900-200M | MIRROR | | | W/DRESSER | |
| WHSE 1 | 13262 | | C11 | B6900-300 | CHEST | | | 209.00 | |
| WHSE 3 | 12789 | | C11 | B6900-500F | QUEEN FOOT BOARD | | | W/HB | |
| WHSE 3 | 12790 | | C11 | B6900-500F | QUEEN FOOT BOARD | | | W/HB | |
| WHSE 3 | 12784 | | C11 | B6900-500H | QUEEN HEADBOARD | | | 232.00 | |
| WHSE 3 | 12787 | | C11 | B6900-500H | QUEEN HEADBOARD | | | 232.00 | |
| 139 | 11361 | | C11 | B6900-500H/F/R | QUEEN SLEIGH HB/FB/RAILS | CHERRY | | 232.00 | |
| WHSE 3 | 12785 | | C11 | B6900-500R | QUEEN RAILS | | | W/HB | |
| WHSE 3 | 12786 | | C11 | B6900-500R | QUEEN RAILS | | | W/HB | |
| WHSE 3 | 12792 | | C11 | B6900-600H | KING HEADBOARD | | | 345.00 | |
| WHSE 3 | 12793 | | C11 | B6900-660F | KING FOOT BOARD | | | W/HB | |
| WHSE 3 | 12791 | | C11 | B6900-660R | KING RAILS | | | W/HB | |
| 139 | 11362 | | C11 | B6900-700 | NIGHT STAND | CHERRY | | 107.00 | |
| 139 | 11363 | | C11 | B6900-700 | NIGHT STAND | CHERRY | | 107.00 | |
| 150 | 11937 | | C11 | B9400-100 | DRESSER | DR WALNUT | ODD | | 650.00 |
| 150 | 11938 | | C11 | B9400-260 | MIRROR | DR WALNUT | ODD | | W/DRESSER |
| 150 | 11940 | | C11 | B9400-300 | CHEST | DR WALNUT | ODD | | 480.00 |
| 150 | 11939 | | C11 | B9400F-501 | QUEEN HB/FB/RAILS | DR WALNUT | ODD | | 424.00 |
| 106 | 11149 | | C11 | IT439-3 | PEDESTAL | CHROME / MARBLE | | 78.00 | |
| 106 | 11147 | | C11 | MISC | COCKTAIL TABLE | LT OAK | | 50.00 | |
| 106 | 11148 | | C11 | MISC | END TABLE | LT OAK | | 50.00 | |
| 112 | 11269 | | C11 | MISC | COCKTAIL TABLE | ASH & PEWTER | | 50.00 | |
| 125 | 11748 | | C11 | T1000-01 | COCKTAIL TABLE | LIFT TOP | | 146.00 | |
| 125 | 11749 | | C11 | T1000-05 | END TABLE | | | 118.00 | |
| 126 | 11617 | | C11 | T1000-08 | SOFA TABLE | | | 172.00 | |

AUGUST 11, 2005

## ROCKFORD FURNITURE ORIGINAL INVENTORY

| LOC | LOT | B | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION | A MERCH 285,144.00 | B MERCH 42,525.00 |
|---|---|---|---|---|---|---|---|---|---|
| WHSE 3 | 12917 | | D02 | ENCINO NT | SIDE CHAIR | NI00077-7878-IIG8 | | W/TABLE | |
| WHSE 3 | 12918 | | D02 | ENCINO NT | TABLE | | | 396.00 | |
| WHSE 3 | 12919 | | D02 | ENCINO NT | PEDESTAL FOR S CHAIR | NI53PED | | 0.00 | |
| WHSE 3 | 12920 | | D02 | ENCINO NT | PEDESTAL FOR S CHAIR | NI53PED | | 0.00 | |
| WHSE 3 | 12921 | | D02 | ENCINO NT | PEDESTAL FOR S CHAIR | NI57PED | | 0.00 | |
| WHSE 3 | 12922 | | D02 | ENCINO NT | PEDESTAL FOR S CHAIR | NI57PED | | 0.00 | |
| WHSE 3 | 12923 | | D02 | ENCINO NT | PEDESTAL FOR S CHAIR | NI57PED | | 0.00 | |
| WHSE 3 | 12924 | | D02 | ENCINO NT | PEDESTAL FOR S CHAIR | NI57PED | | 0.00 | |
| WHSE 3 | 12925 | | D02 | ENCINO NT | TABLE | 79-8600 | | 396.00 | |
| WHSE 3 | 12902 | | D02 | 04-4500 | TABLE | JET | | 323.00 | |
| BASE | 12589 | B | D02 | ODD | ARM CHAIR – SWIEL DINETTE | WOOD W/ GREEN FABRIC | BASE | | 50.00 |
| BASE | 12590 | B | D02 | ODD | ARM CHAIR – SWIEL DINETTE | WOOD W/ GREEN FABRIC | BASE | | 50.00 |
| BASE | 12600 | B | D02 | ODD | DINETTE TABLE | | BASE | | 30.00 |
| BASE | 12606 | B | D02 | ODD | DINETTE TABLE | | BASE | | 100.00 |
| 120 | 11758 | | D02 | S229 ALEX | SOFA | SS-B | | 338.00 | |
| 120 | 11759 | | D02 | S229 ALEX | LOVESEAT | SI-B | | 315.00 | |
| 120 | 11760 | B | D02 | S229 ALEX | CHAISE | CHS-L | ACC  | 338.00 | 281.00 |
| WHSE 3 | 13151 | | D02 | S229 ALEX | SOFA | SS-B | | 338.00 | |
| WHSE 2 | 13152 | | D02 | S229 ALEX | SOFA | SS-B | | 338.00 | |
| WHSE 2 | 13153 | | D02 | S229 ALEX | CHAISE | CHS-L | | 281.00 | |
| WHSE 2 | 13154 | | D02 | S229 ALEX | CHAISE | CHS-L | | 281.00 | |
| WHSE 2 | 13155 | | D02 | S229 ALEX | CHAISE | CHS-L | | 281.00 | |
| 109 | 11235 | | D02 | SAXONY | RAF LOVESEAT | IMPERIAL STATE | | 583.00 | |
| 109 | 11236 | | D02 | SAXONY | WEDGE | IMPERIAL STATE | | 0.00 | |
| 109 | 11237 | | D02 | SAXONY | LAF LOVESEAT | IMPERIAL SLATE | | 0.00 | |
| WHSE 2 | 13148 | | D02 | SAXONY | RAF LOVESEAT | IMPERIAL STATE | | 583.00 | |
| WHSE 2 | 13149 | | D02 | SAXONY | LAF LOVESEAT | IMPERIAL STATE | | 0.00 | |
| WHSE 2 | 13150 | | D02 | SAXONY | WEDGE | IMPERIAL STATE | | 0.00 | |

AUGUST 11, 2005

# ROCKFORD FURNITURE ORIGINAL INVENTORY

| LOC | LOT | B | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION | A MERCH 285,144.00 | B MERCH 42,525.00 |
|---|---|---|---|---|---|---|---|---|---|
| 152 | 11973 | | H04 | 7815 | CHEST | BLACK | | 142.00 | |
| 152 | 11978 | | H04 | 7824 | HEADBOARD | BLACK | | 55.00 | |
| 152 | 11971 | | H04 | 7836 | DRESSER | BLACK | | 223.00 | |
| 152 | 11972 | | H04 | 7846 | MIRROR | BLACK | | W/DRESSER | |
| 140 | 11374 | | H04 | 7915 | CHEST - 5 DRAWER | LT PINE | | 118.00 | |
| 140 | 11371 | | H04 | 7939 | DRESSER | LT PINE | | 187.00 | |
| 140 | 11372 | | H04 | 7946 | MIRROR | LT PINE | | W/DRESSER | |
| 152 | 11977 | | H04 | 8315 | CHEST | HONEY PINE | | 109.00 | |
| 152 | 11976 | | H04 | 8328 | BOOKCASE HEADBOARD | HONEY PINE | | 91.00 | |
| 152 | 12762 | B | H04 | 8328 | BOOKCASE HEADBOARD | HONEY PINE | ODD | | 91.00 |
| 152 | 11974 | | H04 | 8339 | DRESSER | HONEY PINE | | 224.00 | |
| 152 | 11975 | | H04 | 8348 | HUTCH MIRROR | HONEY PINE | | W/DRESSER | |
| 144 | 11850 | | H04 | 8415 | CHEST - 5 DRAWER | DR WALNUT | *Charlie Avila* | 104.00 | |
| 144 | 12770 | B | H04 | 8415 | CHEST - 5 DRAWER | DR WALNUT | ODD | W/HB 8421 104.00 | |
| WHSE 3 | 12764 | | H04 | 8420 | FOOT BOARD | DR WALNUT | | | |
| WHSE 3 | 12765 | | H04 | 8421 | HEADBOARD | DR WALNUT | | 161.00 | |
| 144 | 11847 | | H04 | 8436 | DRESSER | DR WALNUT | | 185.00 | |
| 144 | 12769 | | H04 | 8436 | DRESSER | DR WALNUT | | 185.00 | |
| 144 | 11848 | | H04 | 8446 | MIRROR | DR WALNUT | | W/DRESSER | |
| WHSE 3 | 12763 | | H04 | 8446 | MIRROR | DR WALNUT | | W/DRESSER | |
| WHSE 3 | 12766 | | H04 | 8455 | RAILS | DR WALNUT | | W/HB 8421 | |
| 144 | 11851 | | H04 | 8462 | NIGHT STAND | DR WALNUT | | 57.00 | |
| 145 | 11862 | | H04 | 8715 | CHEST | WHITE WASH | | 109.00 | |
| WHSE 3 | 12772 | | H04 | 8715 | CHEST | WHITE WASH | | 109.00 | |
| WHSE 3 | 12759 | | H04 | 8722 | FOOT BOARD | WHITE WASH | | W/HB 8724 | |
| WHSE 3 | 12760 | | H04 | 8724 | HEADBOARD | WHITE WASH | | 180.00 | |
| 145 | 11859 | | H04 | 8737 | DRESSER | WHITE WASH | | 184.00 | |
| WHSE 3 | 12771 | | H04 | 8737 | DRESSER | WHITE WASH | | 184.00 | |

AUGUST 11, 2005



# ROCKFORD FURNITURE ORIGINAL INVENTORY

| LOC | LOT | B | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION | A MERCH 285,144.00 | B MERCH 42,525.00 |
|---|---|---|---|---|---|---|---|---|---|
| 145 | 11860 | | H04 | 8746 | MIRROR | WHITE WASH | | W/DRESSER | |
| WHSE 3 | 12757 | | H04 | 8746 | MIRROR | WHITE WASH | | W/DRESSER | |
| WHSE 3 | 12758 | | H04 | 8759 | RAILS | WHITE WASH | | W/HB 8724 | |
| 145 | 11863 | | H04 | 8762 | NIGHT STAND | WHITE WASH | | 57.00 | |
| 146 | 11879 | | H04 | 8946 | MIRROR | WHITE WASH | | W/DRESSER | |
| 146 | 11881 | B | H04 | 9815 | CHEST - 5 DRAWER | WHITE WASH | ODD *CHANGE TO A.09* | 113.00 | 113.00 |
| WHSE 3 | 12768 | | H04 | 9815 | CHEST - 5 DRAWER | WHITE WASH | | 113.00 | |
| 146 | 11876 | | H04 | 9836 | DRESSER | WHITE WASH | | 189.00 | |
| WHSE 3 | 12761 | | H04 | 9859 | RAILS | WHITE WASH | | 0.00 | |
| 146 | 11882 | | H04 | 9862 | NIGHT STAND | WHITE WASH | | 65.00 | |
| WHSE 3 | 12767 | | H04 | 9862 | NIGHT STAND | WHITE WASH | | 65.00 | |
| 140 | 11373 | | H04 | 7924/7922/7959 | QUEEN POSTER HB/FB/RAILS | LT PINE | | 232.00 | |
| 144 | 11849 | | H04 | 8420/8421 | QUEEN HB/FB/RAILS | DR WALNUT | | 161.00 | |
| 145 | 11861 | | H04 | 8724-22/59 | QUEEN HB/FB/RAILS | WHITE WASH | | 180.00 | |
| 146 | 11880 | | H04 | 9824-22/59 | QUEEN POSTER HB/FB/RAILS | WHITE WASH | | 229.00 | |
| 160 | 12254 | | H13 | 576 | LAMP | BRASS | | 25.00 | |
| 156 | 12058 | | H13 | 2323 | LAMP - FLOOR | BRASS | | 80.00 | |
| 124 | 12120 | | H13 | 2406 | LAMP | | | 52.00 | |
| 145 | 11852 | | H13 | 2810 | LAMP | BLACK | | 56.00 | |
| 145 | 11853 | | H13 | 2810 | LAMP | BLACK | | 56.00 | |
| 105 | 11099 | | H13 | 2834 | LAMP | | | 49.00 | |
| 105 | 11100 | | H13 | 2834 | LAMP | | | 49.00 | |
| 139 | 11358 | | H13 | 2865 | LAMP | GOLD | | 50.00 | |
| WIND | 12724 | | H13 | 3005 | LAMP | | | 63.00 | |
| 143 | 11818 | | H13 | 3241 | LAMP | GOLD | | 55.00 | |
| 143 | 11819 | | H13 | 3241 | LAMP | GOLD | | 55.00 | |
| 148 | 11897 | | H13 | 3254 | LAMP | IRON | | 50.00 | |
| 130 | 11427 | | H13 | 3468 | LAMP | | | 50.00 | |

AUGUST 11, 2005

ROCKFORD FURNITURE ORIGINAL INVENTORY

| LOC | LOT | B | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION | A MERCH 285,144.00 | B MERCH 42,525.00 |
|---|---|---|---|---|---|---|---|---|---|
| WHSE 2 | 13195 | B | M14 | 1401 | LOVESEAT | TAUPE | ODD | | 199.00 |
| 112 | 11267 | | M14 | 2402 | LOVESEAT | OVATION MIDNIGHT | | 180.00 | |
| 112 | 11266 | | M14 | 2403 | SOFA | OVATION MIDNIGHT | | 211.00 | |
| 105 | 11118 | | M14 | 5201 | CHAIR | BAVARIA SMOKE | | 164.00 | |
| 105 | 11119 | | M14 | 5202 | LOVESEAT | BAVARIA SMOKE | | 204.00 | |
| 105 | 11117 | | M14 | 5203 | SOFA | BAVARIA SMOKE | | 232.00 | |
| WHSE 2 | 13205 | | M14 | 5203 | SOFA | BAVARIA SMOKE | | 232.00 | |
| WHSE 2 | 13206 | B | M14 | 7601 | LOVESEAT | BURG | ODD | | 206.00 |
| 102 | 11060 | B | M14 | 7700 | CHAIR | SENSATIONS PEWTER | ODD | | 209.00 |
| 118 | 11706 | B | M14 | 9549 | OTTOMAN | ALBANY BLUE | ODD | | 79.00 |
| WHSE 2 | 13201 | | M14 | 9950 | LOVESEAT | CAN'T COMPLAIN NATRAL | | 238.00 | |
| WHSE 2 | 13202 | | M14 | 9950 | SOFA | CAN'T COMPLAINNATURAL | | 262.00 | |
| WHSE 2 | 13203 | | M14 | 9950 | SOFA | CAN'T COMPLAINNATURAL | | 262.00 | |
| WHSE 2 | 13204 | | M14 | 9950 | LOVESEAT | CAN'T COMPLAINNATURAL | | 238.00 | |
| 114 | 11294 | B | M14 | 0500-24 | CHAISE ------- | SENSATION TAUPE | ODD | | 114.00 |
| WHSE 2 | 13196 | B | M14 | 0500-24 | CHAISE | SENSATION TAUPE | ODD | | 164.00 |
| WHSE 2 | 13197 | B | M14 | 0500-24 | CHAISE | SENSATION TAUPE | ODD | | 164.00 |
| 114 | 11293 | | M14 | 1400-20 | LOVESEAT | SENSATION TAUPE | | 199.00 | |
| 114 | 11292 | | M14 | 1400-30 | SOFA | SENSATION TAUPE | | 231.00 | |
| WHSE 2 | 13198 | | M14 | 1400-30 | SOFA | SENSATION TAUPE | | 231.00 | |
| WHSE 2 | 13199 | | M14 | 1400-30 | SOFA | SENSATION TAUPE | | 231.00 | |
| WHSE 2 | 13200 | | M14 | 1400-30 | SOFA | SENSATION TAUPE | | 231.00 | |
| 117 | 11714 | | M14 | 5100-241-20R-20A-20A-10C | 4 PC SECTIONAL W/ LAF CHAISE | | | 637.00 | |
| 113 | 11276 | | M14 | 7000-10 | CHAIR | MEMPHIS RED | | 176.00 | |
| WHSE 2 | 13190 | | M14 | 7000-10 | CHAIR | MEMPHIS RED | | 176.00 | |
| 113 | 11275 | | M14 | 7000-20 | LOVESEAT | MEMPHIS RED | | 234.00 | |
| WHSE 2 | 13192 | | M14 | 7000-20 | LOVESEAT | MEMPHIS RED | | 234.00 | |
| 113 | 11274 | | M14 | 7000-30 | SOFA | MEMPHIS RED | | 266.00 | |

AUGUST 11, 2005

ROCKFORD FURNITURE ORIGINAL INVENTORY

| LOC | LOT | B | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION | 285,144.00 A MERCH | 42,525.00 B MERCH |
|---|---|---|---|---|---|---|---|---|---|
| 154 | 12011 | | S08 | 5255 | CHEST | BLACK & WALNUT | | 129.00 | |
| 154 | 12012 | | S08 | 5257 | NIGHT STAND | BLACK & WALNUT | | 85.00 | 85.00 |
| 154 | 12008 | | S08 | 5259 | DRESSER | BLACK & WALNUT | | 217.00 | |
| 154 | 12010 | | S08 | 5263 | QUEEN HB/FB/RAILS | BLACK & WALNUT | | 193.00 | |
| 154 | 12009 | | S08 | 5268 | MIRROR | BLACK & WALNUT | | W/DRESSER | |
| 152 | 11982 | B | S08 | 5702 | HEADBOARD | | ODD | W/DRESSER | 85.00 |
| 138 | 11338 | B | S08 | 7255 | CHEST - 5 DRAWER | WHITE WASH | | | 159.00 |
| WHSE 3 | 12830 | | S08 | 7255 | CHEST - 5 DRAWER | | | 159.00 | |
| 138 | 11335 | | S08 | 7259 | DRESSER | WHITE WASH | | 232.00 | |
| WHSE 3 | 12887 | | S08 | 7259 | FOOT BOARD | | | W/HB | |
| WHSE 3 | 12897 | | S08 | 7260 | RAILS | | | W/HB | |
| WHSE 3 | 12899 | | S08 | 7262 | FOOT BOARD | | | W/HB | |
| 138 | 11336 | | S08 | 7268 | MIRROR | WHITE WASH | | W/DRESSER | |
| WHSE 3 | 12885 | | S08 | 7270 | RAILS | | | W/HB | |
| WHSE 3 | 12889 | B | S08 | 7270 | RAILS | | ODD | | W/HB |
| WHSE 3 | 12895 | B | S08 | 7270 | RAILS | | ODD | | W/HB |
| WHSE 3 | 12890 | B | S08 | 7272 | HEADBOARD | USES POST 207272 | ODD | 339.00 | |
| WHSE 3 | 12893 | B | S08 | 7272 | HEADBOARD | USES POST 207272 | ODD | | 339.00 |
| WHSE 3 | 12896 | B | S08 | 7272 | HEADBOARD | USES POST 207272 | ODD | | 339.00 |
| WHSE 3 | 12886 | B | S08 | 7276 | KING FOOT BOARD | | ODD | | 157.00 |
| WHSE 3 | 12884 | B | S08 | 7286 | KING HEADBOARD | USES POST 207586 | ODD | | 85.00 |
| 138 | 12821 | B | S08 | 7502 | HEADBOARD | | ODD | | 200.00 |
| 138 | 11334 | | S08 | 7506 | NIGHT STAND | DR WALNUT | ODD | | 92.00 |
| WHSE 3 | 12822 | | S08 | 7510 | RAILS | | | W/HB | |
| WHSE 3 | 12824 | | S08 | 7512 | FOOT BOARD | | | W/HB | |
| WHSE 3 | 12823 | | S06 | 7519 | MIRROR | | | W/DRESSER | |
| WHSE 3 | 12780 | | S08 | 7552 | HEADBOARD | | | 206.00 | |
| WHSE 3 | 12781 | | S08 | 7562 | RAILS | | | W/HB | |

Change to A 206

AUGUST 11, 2005

# ROCKFORD FURNITURE ORIGINAL INVENTORY

*Handwritten notes: "Lot # 11811 is complete 2 pieces BcD in showroom to floor" / "copying set"*

| LOC | LOT | B | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION | A MERCH 285,144.00 | B MERCH 42,525.00 |
|---|---|---|---|---|---|---|---|---|---|
| WHSE 3 | 12782 | B | S08 | 7652 | FOOT BOARD | | | | W/HB |
| 142 | 11812 | B | S08 | 7655 | CHEST - 5 DRAWER | | | | 151.00 |
| 142 | 11813 | B | S08 | 7657 | NIGHT STAND | | ODD | ODD | 94.00 |
| WHSE 3 | 12831 | B | S08 | 7657 | NIGHT STAND | | ODD | | 94.00 |
| 142 | 11809 | B | S08 | 7659 | DRESSER | | | ODD | 244.00 |
| WHSE 3 | 12832 | B | S08 | 7659 | DRESSER | | | ODD | 244.00 |
| 142 | 11810 | B | S08 | 7668 | MIRROR | | | ODD | W/DRESSER |
| WHSE 3 | 12783 | B | S08 | 7668 | MIRROR | | | ODD | W/DRESSER |
| 132 | 12426 | | S08 | 16241 | TABLE | CHERRY | | 465.00 | |
| 132 | 12427 | | S08 | 16254 | SIDE CHAIR | CHERRY | | W/TABLE | |
| 132 | 12428 | | S08 | 16254 | SIDE CHAIR | CHERRY | | W/TABLE | |
| 132 | 12429 | | S08 | 16254 | SIDE CHAIR | CHERRY | | W/TABLE | |
| 132 | 12430 | | S08 | 16254 | SIDE CHAIR | CHERRY | | W/TABLE | |
| 105 | 11096 | | S08 | 19480 | COCKTAIL TABLE | CHERRY WOOD | | 41.00 | |
| 105 | 11097 | | S08 | 19480 | END TABLE | CHERRY WOOD | | 40.00 | |
| 105 | 11098 | | S08 | 19480 | END TABLE | CHERRY WOOD | | 40.00 | |
| 107 | 11190 | | S08 | 19480 | COCKTAIL TABLE | CHERRY WOOD | | 41.00 | |
| 107 | 11191 | | S08 | 19480 | END TABLE | CHERRY WOOD | | 40.00 | |
| 107 | 11192 | | S08 | 19480 | END TABLE (2) | CHERRY WOOD | | 40.00 | |
| WHSE 3 | 13035 | | S08 | 20060 | COCKTAIL TABLE | | SOLD 67511 | 0.00 | |
| WHSE 3 | 13035 | | S08 | 20060 | COCKTAIL TABLE | | | 59.00 | |
| WHSE 3 | 13036 | | S08 | 20060 | 3 PK TABLES (1 CKLT 2 ENDS) | | | 175.00 | |
| WHSE 3 | 13037 | | S08 | 20060 | 3 PK TABLES (1 CKLT 2 ENDS) | | | 175.00 | |
| WHSE 3 | 13038 | | S08 | 20060 | 3 PK TABLES (1 CKLT 2 ENDS) | | | 175.00 | |
| 102 | 11053 | | S08 | 20544 | COCKTAIL TABLE | OVAL | | 56.00 | |
| WHSE 3 | 13032 | | S08 | 20621 | COCKTAIL TABLE | | | 86.00 | |
| WHSE 3 | 13033 | | S08 | 20622 | END TABLE | | | 86.00 | |
| WHSE 3 | 13034 | | S08 | 20622 | END TABLE | | | 86.00 | |

AUGUST 11, 2005

# ROCKFORD FURNITURE ORIGINAL INVENTORY

| LOC | LOT | B | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION | 285,144.00 A MERCH | 42,525.00 B MERCH |
|---|---|---|---|---|---|---|---|---|---|
| WHSE 2 | 13191 | | M14 | 7000-30 | SOFA | MEMPHIS RED | | 266.00 | |
| WHSE 2 | 13193 | | M14 | 7000-30 | SOFA | MEMPHIS RED | | 266.00 | |
| 111 | 11256 | | M14 | 7400-20 | LOVESEAT | WINE | | 214.00 | |
| 111 | 11257 | | M14 | 7400-24RF | CHAISE | WINE | | 225.00 | |
| 111 | 11255 | | M14 | 7400-30 | SOFA | WINE | | 235.00 | |
| 104 | 11080 | | M14 | 9950-00 | OTTOMAN | CAN'T COMPLAIN NATRAL | | 83.00 | |
| 104 | 11081 | | M14 | 9950-10 | LOVESEAT | CAN'T COMPLAIN NATRAL | | 238.00 | |
| 104 | 11079 | | M14 | 9950-30 | SOFA | CAN'T COMPLAIN NATRAL | | 262.00 | |
| 156 | 12069 | B | M17 | 850 | QUEEN HEADBOARD | MED OAK | ODD | | 131.00 |
| 136 | 11309 | B | M17 | 110-0100 | MIRROR | LT OAK | ODD | | W/DRESSER |
| 121 | 12371 | | M17 | 110-121 | TABLE | LT OAK | | 633.00 | |
| 121 | 12374 | | M17 | 110-140 | SIDE CHAIR | LT OAK | | W/TABLE | |
| 121 | 12375 | | M17 | 110-140 | SIDE CHAIR | LT OAK | | W/TABLE | |
| 121 | 12376 | | M17 | 110-140 | SIDE CHAIR | LT OAK | | W/TABLE | |
| 121 | 12377 | | M17 | 110-140 | SIDE CHAIR | LT OAK | | W/TABLE | |
| WHSE 3 | 12840 | | M17 | 110-140 | SIDE CHAIR | | | 30.00 | |
| WHSE 3 | 12841 | | M17 | 110-140 | SIDE CHAIR | | | 30.00 | |
| WHSE 3 | 12842 | | M17 | 110-140 | SIDE CHAIR | | | 30.00 | |
| 121 | 12372 | | M17 | 110-141 | ARM CHAIR | LT OAK | | W/TABLE | |
| 121 | 12373 | | M17 | 110-141 | ARM CHAIR | LT OAK | | W/TABLE | |
| WHSE 3 | 12843 | | M17 | 110-141 | ARM CHAIR | | | W/TABLE | |
| WHSE 3 | 12844 | | M17 | 110-141 | ARM CHAIR | | | W/TABLE | |
| 136 | 11308 | B | M17 | 110-1500 | DRESSER | LT OAK | ODD | 460.00 | |
| 121 | 12370 | | M17 | 110-174 | CHINA | LT OAK | | 460.00 | |
| WHSE 3 | 12810 | B | M17 | 110-174 | CHINA | | | | |
| 136 | 11307 | B | M17 | 110-2200 | CHEST | LT OAK | ODD | 633.00 | |
| WHSE 3 | 12809 | | M17 | 1110-121 | TABLE | | | | |
| 129 | 11465 | | M17 | 116-403 | COCKTAIL TABLE | RECT | | 89.00 | |

ROCKFORD FURNITURE ORIGINAL INVENTORY

| LOC | LOT | B | VENDOR | ITEM # | DESCRIPTION | COLOR/FINISH | CONDITION | A MERCH 285,144.00 | B MERCH 42,525.00 |
|---|---|---|---|---|---|---|---|---|---|
| WHSE 3 | 13011 | B | M17 | 764-308 | END TABLE | ROUND | ODD | | 158.00 |
| 128 | 11518 | | M17 | 802-405 | END TABLE | | | 126.00 | |
| WHSE 3 | 13052 | | M17 | 802-405 | END TABLE | | | 126.00 | |
| WHSE 3 | 13053 | | M17 | 802-405 | END TABLE | | | 126.00 | |
| WHSE 3 | 13054 | | M17 | 802-405 | END TABLE | | | 126.00 | |
| WHSE 3 | 13055 | | M17 | 802-405 | END TABLE | | | 126.00 | |
| 128 | 11517 | | M17 | 802-903 | COCKTAIL TABLE | LIFT TOP | | 150.00 | |
| WHSE 3 | 13050 | | M17 | 802-903 | COCKTAIL TABLE | | | 150.00 | |
| WHSE 3 | 13051 | | M17 | 802-903 | COCKTAIL TABLE | | | 150.00 | |
| 132 | 12420 | B | M17 | 831-270 | 2 PC CHINA | MAPLE | ODD | 150.00 | |
| WHSE 3 | 13015 | | M17 | 840-106 | SOFA TABLE | | | 115.00 | |
| 128 | 11546 | | M17 | 840-503 | COCKTAIL TABLE | | | 133.00 | |
| WHSE 3 | 13013 | | M17 | 840-503 | COCKTAIL TABLE | | | 133.00 | |
| WHSE 3 | 13014 | | M17 | 840-503 | COCKTAIL TABLE | | | 133.00 | |
| 128 | 11547 | | M17 | 840-805 | END TABLE | W/ MAGAZINE STORAGE | | 112.00 | |
| WHSE 3 | 13012 | | M17 | 840-805 | END TABLE | | | 112.00 | |
| WHSE 3 | 12801 | B | M17 | 850-0200 | MIRROR | | ODD | | 20.00 |
| WHSE 3 | 12839 | | M17 | 850-241 | CHAIR | | | 30.00 | |
| WHSE 3 | 12802 | B | M17 | 850-4205 | HEADBOARD | | ODD | | 130.00 |
| 128 | 11516 | | M17 | 850-603 | COCKTAIL TABLE | | | 143.00 | |
| 116 | 12189 | | M17 | 850-603 | COCKTAIL TABLE | | | 143.00 | |
| 116 | 12190 | | M17 | 850-605 | END TABLE | | | 143.00 | |
| 116 | 12191 | | M17 | 850-605 | END TABLE | | | 143.00 | |
| 121 | 12378 | B | M17 | 85-270/272 | 2 PC CHINA | MED OAK | ODD | 143.00 | 560.00 |
| BASE | 12591 | B | M17 | 960-240 | SIDE CHAIR | | BASE | | |
| BASE | 12592 | B | M17 | 960-240 | SIDE CHAIR | | BASE | | 30.00 |
| 121 | 12361 | B | M17 | 960-270/272 | 2 PC CHINA | CHERRY | ODD | | 545.00 |
| 102 | 11049 | | M17 | 980-103 | COCKTAIL TABLE | RECT | | 112.00 | |

AUGUST 11, 2005