# EXHIBIT 3

Planned Furniture Promotions, Inc.
An Affiliate of Gene Rosenberg Associates, LLC

NO MENTION OF WHSE INVENTORY!!

| Post-it® Fax Note 7671 | Date 2/28/06 # of pages ▶ 2 |
|---|---|
| To Arvin | From Roy |
| Co./Dept. | Co. |
| Phone # | Phone # |
| Fax # | Fax # |

Spoke to Arvin – MUST INCLUDE WHSE INVENTORY!! – NEED to TAKE PHYSICAL + VALUE

February 27, 2006

Mr. Seymour Fineman, President
Fineman Furniture Company, Inc.
2182 Third Avenue
New York, New York 10035

Dear Seymour,

I enjoyed our conversation today and feel we have narrowed considerably the remaining issues. I hope you have an enjoyable vacation and we can get together shortly after your return. I will be at the NHFA Convention and a brief two-day fishing trip with some industry friends. I could be in New York on March 16 to finalize plans. Arvin and Sonny could certainly arrive sooner.

To recap, I think I can get us down to only one issue:

1) PFP will agree to a rent for showroom and warehouse of $25,000. In addition, PFP will pay, as a sale expense, the actual utilities incurred during the promotion.

2) PFP will be entitled to auction commission of 4.5% only if we [NO] broom clean the premises of your original inventory. This certainly gives us and our manager the incentive to get the job done.

3) The final issue is payment for closer to 100% of the present showroom inventory in proper selling condition (exclusive of electronics and appliances). As you know, we proposed 50%.

We have outlined our concerns to you about the age, condition, and balance of the inventory, as well as the impact of removal of in-house credit. As neither of us is certain of the exact dollar amount of prime inventory, nor is it in either of our interests to delay the start of the sale, I have an idea that might save both of us some time. Why not have our manager, Sonny Cappetta, and one key person from his team begin a physical inventory of the showroom while you are on vacation? Rodney, with the assistance of your staff, could verify the cost. Therefore, when you returned we could state in exact dollars what PFP could guarantee against the showroom inventory. Dollars mean more than percentages.

We know the fine reputation of both Fineman's Furniture and Seymour Fineman. We know we are the firm who can maximize your return. As I have stated, the most important factor is not maximizing sales but turning your inventory (the odds and ends as well as prime) into the maximum amount of cash. An extra, nearby warehouse would be nice but it is not a necessity.

I do not want our people to take an inventory and not have a deal. However, I do not want to wait two weeks and not have the ideal manager available. I just returned from the Tupelo Market and have never had as many leads on the table. I cannot reserve a manager for a potential deal. I feel the all important chemistry is there between Sonny and Rodney. Arvin and Bobbie's oversight is an additional key factor. I also have a key office person in Jeff Kaplan, a 20+ year office person for PFP.

Call me at your convenience with your thoughts.

Sincerely,

Roy Hester
Vice President of Sales

RH/mj

cc: Arvin Pine
Burt Homonoff

# EXHIBIT 4