UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FINEMAN FURNITURE CO. INC. and SEYMOUR FINEMAN, individually,

    Plaintiffs,

v.

PLANNED FURNITURE PROMOTIONS, INC., GENE ROSENBERG AND ASSOCIATES, LLC, EUGENE ROSENBERG, LESTER ROY HESTER, PAUL COHEN, KURT EARLYWINE, FURNITURE AUCTIONS OF AMERICA, TODAY'S FURNITURE, and BH ASSOCIATES, INC.,

    Defendants.

JUDGE RAKOFF

07 CIV 9749

Civil Action No.

PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT



RECEIVED
NOV 0 2 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff Fineman Furniture Co. Inc. hereby certifies that has no parent corporation and that there are no publicly held corporations that own 10% or more of its stock.

Plaintiff acknowledges that it is obligated to promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: New York, New York
       November 2, 2007

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By: _____
Douglas F. Broder (DB 8406)
Catherine R. Keenan (CK 5925)
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-4808
Facsimile: (212) 536-3901

*Attorneys for Plaintiffs Fineman Furniture Co. Inc. and Seymour Fineman*

NY-564565 v1