Sari E. Kolatch (SK 3026)
Leo L. Esses (LE 1173
COHEN TAUBER SPIEVACK AND WAGNER P.C.
420 Lexington Avenue, Suite 2400
New York, New York 10170
Telephone: (212) 586-5800
Facsimile: (212) 586-5095

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
FINEMAN FURNITURE CO. INC.
and SEYMOUR FINEMAN, individually,

                Plaintiffs,

v.

PLANNED FURNITURE PROMOTIONS, INC., GENE ROSENBERG AND ASSOCIATES, LLC, EUGENE ROSENBERG, LESTER ROY HESTER, PAUL COHEN, KURT EARLYWINE, FURNITURE AUCTIONS OF AMERICA, TODAY'S FURNITURE, and BH ASSOCIATES, INC.,

                Defendants.
-------------------------------------------------------- X

Case No. 07 Civ. 9749 (JSR)

NOTICE OF APPEARANCE

[Electronically Filed]

      PLEASE TAKE NOTICE that Cohen Tauber Spievack & Wagner P.C. hereby enters its appearance as counsel of record for Defendants PLANNED FURNITURE PROMOTIONS, INC., GENE ROSENBERG AND ASSOCIATES, LLC, EUGENE ROSENBERG, LESTER ROY HESTER, PAUL COHEN, KURT EARLYWINE, FURNITURE AUCTIONS OF AMERICA, TODAY'S FURNITURE and BH ASSOCIATES, INC. in this proceeding and requests that all notices given or required to

be given, and all papers served or required to be served, be given or served upon the undersigned.

DATED: January 4, 2008
New York, New York

                              COHEN TAUBER SPIEVACK & WAGNER P.C.

                              By: _____
                              Sari E. Kolatch (SK3026)
                              Leo L. Esses (LE 1173)
                              420 Lexington Avenue, Suite 2400
                              New York, New York 10170
                              Tel: (212) 586-5800
                              Fax: (212) 586-5095
                              Email: skolatch@ctswlaw.com
                                      lesses@ctswlaw.com

                              *Counsel to Defendants*