UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FINEMAN FURNITURE CO. INC. and
SEYMOUR FINEMAN, individually,       :   Civil Action No. 07 Civ. 9749 (JSR)
                                     :
            Plaintiffs,              :
                                     :
v.                                   :
                                     :
PLANNED FURNITURE PROMOTIONS, INC.,  :   **AFFIDAVIT OF LEO L.**
GENE ROSENBERG AND ASSOCIATES, LLC,  :   **ESSES IN SUPPORT OF**
EUGENE ROSENBERG, LESTER ROY         :   **DEFENDANTS' MOTION**
HESTER, PAUL COHEN, KURT EARLYWINE,  :   **TO DISMISS**
FURNITURE AUCTIONS OF AMERICA,       :
TODAY'S FURNITURE, and BH ASSOCIATES,:
INC.,                                :
                                     :
            Defendants.              :
------------------------------------------------------------X

STATE OF NEW YORK   )
                    ) ss:
CITY OF NEW YORK    )

Leo L. Esses, being first duly sworn, deposes and says:

1. I am associated with the law firm Cohen Tauber Spievack & Wagner P.C., counsel to Defendants in the above referenced action.

2. I submit this Affidavit in support of Defendants' motion to dismiss the Second, Third, Fourth, Eighth, Ninth and Tenth Causes of Action in the Amended Complaint.

3. Annexed hereto as Exhibit 1 is a true and accurate copy of Plaintiffs' Amended Complaint.

4. Annexed hereto as Exhibit 2 is a true and accurate copy of the Sale Consulting Promotion Agreement between Fineman Furniture Co. Inc. and Planned Furniture Promotions, Inc. (the "Agreement").

{00019828.DOC; 1}

5. Annexed hereto as Exhibit 3 is a true and accurate copy of Plaintiffs' Original Complaint.

6. Annexed hereto as Exhibit 4 is a true and correct copy of my letter to Plaintiffs' counsel, dated November 9, 2007.

_____
LEO L. ESSES

Sworn to before me this
10th day of January 2008

_Laurene Mullarkey_
Notary Public

LAURENE MULLARKEY
Notary Public, State Of New York
No. 01MU6083875
Qualified In Orange County
Commission Expires November 25, 2010

{00019828.DOC; 1}