UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINEMAN FURNITURE CO. INC. and SEYMOUR FINEMAN, individually,<br><br>Plaintiffs,<br><br>v.<br><br>PLANNED FURNITURE PROMOTIONS, INC., GENE ROSENBERG AND ASSOCIATES, LLC, EUGENE ROSENBERG, LESTER ROY HESTER, PAUL COHEN, KURT EARLYWINE, FURNITURE AUCTIONS OF AMERICA, TODAY'S FURNITURE, and BH ASSOCIATES, INC.,<br><br>Defendants. | Civil Action No. 07 Civ. 9749 (JSR)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

ROXANA I. BOBOC, being duly sworn, deposes and says:

1. I am employed by the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen years of age and am not a party to this action.

2. On January 31, 2008, I caused to be served by Federal Express a true and correct copy of Affidavit of Catherine R. Keenan in Opposition to Defendants' Motion to Dismiss and Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss, on the following:

NY-582564 v1

Leo L. Esses, Esq.
Sari Kolatch, Esq.
Cohen Tauber Spievack & Wagner LLP
420 Lexington Avenue
New York, NY 10170

Sworn to before me this
31st day of January, 2008

*[signature]*
Notary Public
ARNOLD J. BURRUS
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 30, 20 10

*[signature]*
Roxana I. Boboc