```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- x
FINEMAN FURNITURE CO. INC. and         :
SEYMOUR FINEMAN, individually,         :
                                       :
            Plaintiffs,                :   07 Civ. 9749(JSR)
                                       :
      -v-                              :        ORDER
                                       :
PLANNED FURNITURE PROMOTIONS, INC. et  :
al.,                                   :
                                       :
            Defendants.                :
--------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

On February 14, 2008, the Court dismissed Count 9 of the Amended Complaint, for Conspiracy to Defraud, without prejudice to plaintiffs filing a Second Amended Complaint solely to add new conspiracy allegations. On February 21, 2008, in a joint telephone conference, counsel for plaintiffs stated that their clients would not file a Second Amended Complaint. Therefore, Count 9 is hereby dismissed with prejudice.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
          February 21, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-08
```