UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FINEMAN FURNITURE CO. INC. and
SEYMOUR FINEMAN, individually,

                Plaintiffs,

   v.

PLANNED FURNITURE PROMOTIONS, INC.,
GENE ROSENBERG AND ASSOCIATES, LLC,
EUGENE ROSENBERG, LESTER ROY
HESTER, PAUL COHEN, KURT EARLYWINE,
FURNITURE AUCTIONS OF AMERICA,
TODAY'S FURNITURE, and BH ASSOCIATES,
INC.,

                Defendants.
-----------------------------------------------------------------X

Civil Action No. 07 Civ. 9749 (JSR)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Today's Furniture (a private non-governmental party) certifies that Today's Furniture has no corporate parents, affiliates or subsidiaries that are publicly held.

Date: February 29, 2008

                                            _____
                                            Leo L. Esses
                                            Cohen Tauber Spievack & Wagner P.C.
                                            420 Lexington Avenue, 24th Floor
                                            New York, New York 10170
                                            (212) 586-5800