UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FINEMAN FURNITURE CO. INC. and SEYMOUR FINEMAN, individually,<br><br>                              Plaintiffs,<br><br>     v.<br><br>PLANNED FURNITURE PROMOTIONS INC., GENE ROSENBERG AND ASSOCIATES, LLC, EUGENE ROSENBERG, LESTER ROY HESTER, PAUL COHEN, KURT EARLYWINE, FURNITURE AUCTIONS OF AMERICA, TODAY'S FURNITURE and BH ASSOCIATES INC.,<br><br>                              Defendants. | Civil Action No. 07 Civ. 9749 (JSR)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE, that B. David Naidu of Kirkpatrick & Lockhart Preston Gates Ellis LLP, hereby enters his appearance in this action as attorney for Plaintiffs, FINEMAN FURNITURE CO. INC. and SEYMOUR FINEMAN and requests that all pleadings and papers in this action be served upon the undersigned.

Dated:  New York, New York
        April 11, 2008

/s/ B. David Naidu
B. David Naidu (BN 7022)

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
(212) 536-3900
(212) 536-3901 (fax)

*Attorneys for Plaintiffs*