*Ranoff, S.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

FINEMAN FURNITURE CO. INC. and           :
SEYMOUR FINEMAN, individually,           :        Civil Action No. 07 Civ. 9749 (JSR)
                                          :
                    Plaintiffs,          :
                                          :
v.                                        :
                                          :
PLANNED FURNITURE PROMOTIONS, INC.,      :
GENE ROSENBERG AND ASSOCIATES, LLC,      :
EUGENE ROSENBERG, LESTER ROY             :
HESTER, PAUL COHEN, KURT EARLYWINE,      :
FURNITURE AUCTIONS OF AMERICA,           :
TODAY'S FURNITURE, and BH ASSOCIATES,    :
INC.,                                     :
                                          :
                    Defendants.          :
------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 4-29-08

### STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for all parties to this action, that all claims in this action by and between Plaintiffs and

Defendants shall be, and hereby are, dismissed in their entirety with prejudice, and with each

party bearing its own costs and expenses, including attorneys' fees.

This Stipulation may be signed in counterparts and facsimile signatures will constitute

originals for the purpose of this stipulation.

Dated: April 25, 2008

K&L GATES LLP                              COHEN TAUBER SPIEVACK
                                          & WAGNER P.C.

By: _____               By: _____
    Douglas F. Broder                         Leo L. Esses
599 Lexington Avenue                      420 Lexington Avenue, Suite 2400
New York, New York 10022                  New York, New York 10170
*Counsel to Plaintiffs*                   *Counsel to Defendants*

{00026825.DOC; 1}

### SO ORDERED:

_____
U.S.D.J.

4-28-08